**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-1758**

———————

TODD M. JACK, M.S., Ph.D., Trustee,

              Plaintiff – Appellant,

     v.

WILLIAM STUBBLEFIELD, Ph.D., County Commissioner of Berkeley
County,

              Defendant – Appellee.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Glen E. Conrad, District
Judge.  (5:09-cv-00046-gec)

———————

Submitted:  August 28, 2009        Decided:  September 9, 2009

———————

Before MICHAEL and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Todd M. Jack, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd M. Jack appeals the district court's order dismissing this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jack v. Stubblefield, No. 5:09-cv-00046-gec (W.D. Va. filed June 22, entered June 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED